1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BRUCE ELLIS JOHNSON,

11              Petitioner,              No. CIV S-10-0178 KJM P

12         vs.

13    M. MARTEL,

14              Respondent.              <u>ORDER</u>

15    _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma

18    pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).

19    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20    a request to proceed in forma pauperis or submit the appropriate filing fee.

21         In accordance with the above, IT IS HEREBY ORDERED that:

22         1.  Petitioner shall submit, within thirty days from the date of this order, an

23    affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24    petitioner's failure to comply with this order will result in the dismissal of this action; and

25    /////

26    /////

1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2 pauperis form used by this district.

3 DATED: February 11, 2010.

4 

5                         U.S. MAGISTRATE JUDGE

6 /md

7 john0178.101a

2