IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ELLIS JOHNSON, | No. CIV S-10-0178 WBS KJM P |
|     Petitioner, | No. CIV S-10-0209 WBS KJM P |
| vs. | |
| M. MARTEL, | |
|     Respondents. | ORDER |
| _____/ | |

      On February 4, 2010, petitioner (Case No. CIV S-10-0178 WBS KJM P) filed a "Motion To Correct Multiple Case Numbers." A related review of the court's records indicates that the petition for writ of habeas corpus filed in Civ S-10-0209 WBS KJM P is simply a copy of the one filed in CIV-S-10-0178 WBS KJM P.

      Therefore, IT IS HEREBY ORDERED that:

      1. Petitioner's Motion To Correct Multiple Case Numbers (docket no. 6) is granted; and

      2. The Clerk of the Court is directed to close case CIV S-10-0209 WBS KJM P.

DATED: March 1, 2010.

_____
U.S. MAGISTRATE JUDGE

1/pa
john0209.cop